# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

## Airman Basic MATTHEW D. SHAFFER
### United States Air Force

## ACM S32140

## 01 April 2014

Sentence adjudged 29 March 2013 by SPCM convened at Keesler Air Force Base, Mississippi. Military Judge: Rodger A. Drew, Jr.

Approved Sentence: Bad-conduct discharge, confinement for 6 months, forfeiture of $1010.00 pay per month for 6 months, and a reprimand.

Appellate Counsel for the Appellant: Lieutenant Colonel Jane E. Boomer.

Appellate Counsel for the United States: Colonel Don M. Christensen and Gerald R. Bruce, Esquire.

Before

ROAN, HARNEY, and MITCHELL
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The Court notes that the Court-Martial Order (CMO), dated 30 April 2013 incorrectly identifies the military judge as Roger Drew, whereas the correct spelling of the military judge's name is Rodger A. Drew, Jr. The Court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are

AFFIRMED.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court